473 A.2d 685

In re Adoption of Rivers.

Appeal of Stanley Joseph Rivers.

 Argued October 18, 1983. John J. Collins, for appellant; Peter J. Verderame, for participating party.

Before McEWEN, BECK and HOFFMAN, JJ.

Affirmed.